United States District Court
Southern District of Texas
**ENTERED**
October 02, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| RAVY AE SARIT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:23-cv-373 |
| | § | |
| HANNAH LAKE CLARK, *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On October 1, 2025, the plaintiff filed a notice of voluntary dismissal as to its claims against all defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Dkt. 30.

Accordingly, it is hereby **ORDERED** that all claims asserted by the plaintiff against the defendants in the above-captioned and -numbered lawsuit are **DISMISSED WITH PREJUDICE** to refiling.

Each party to bear its own attorneys' fees and costs.

Signed at the City of El Paso this 2nd day of October, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE